# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5407**  September Term, 2025

1:25-cv-03534-SLS

Filed On: February 17, 2026

Kenan Braxton, et al.,

    Appellants

    v.

United States Parole Commission, et al.,

    Appellees

**BEFORE:** Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss voluntarily and to vacate, it is

**ORDERED** that the motion to dismiss be granted. This appeal is dismissed as moot. See Am. Bar Ass'n v. FTC, 636 F.3d 641, 643-44 (D.C. Cir. 2011). It is

**FURTHER ORDERED** that the motion to vacate be granted. The district court's November 3, 2025 memorandum opinion and order are vacated. See id. at 648-49; United States v. Munsingwear, Inc., 340 U.S. 36, 39 (1950).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**