# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-5407**  **September Term, 2025**

1:25-cv-03534-SLS

Filed On: February 17, 2026 [2159437]

Kenan Braxton, et al.,

    Appellants

  v.

United States Parole Commission, et al.,

    Appellees

## M A N D A T E

In accordance with the order of February 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed February 17, 2026